## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EMMANNUEL KUSI APPIAH,      :     Civil No. 3:24-cv-2222

            :

        Petitioner     :     (Judge Mariani)

            :

     v.           :

            :

WARDEN CRAIG LOWE,      :

            :

        Respondent    :

## ORDER

**AND NOW**, this _____ day of February, 2025, upon consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1.    The petition for writ of habeas corpus is **DENIED** without prejudice.  (Doc. 1).

2.    The Clerk of Court is directed to **CLOSE** this case.


_____

Robert D. Mariani
United States District Judge